**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| D.M., individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>v.<br><br>Monument, Inc.<br><br>                              Defendant. | **Case No. 1:23-cv-04482**<br><br>**ORDER GRANTING REQUEST FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

## <u>ORDER</u>

Pursuant to Plaintiff's Request for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). IT IS ORDERED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: July 13, 2023
              New York, New York

*Jennifer Rochon*

HONORABLE JENNIFER L. ROCHON
UNITED STATES DISTRICT JUDGE